IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-253-M |
| | ) |
| ANTONIO MAGANA, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER TO SEAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, moves that the Complaint and File in this case be sealed.

FILED
DEC 22 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: December 22, 2007

AND NOW, to wit, this _22_ day of _December_, 2007, upon the foregoing Motion,

IT IS HEREBY ORDERED that the Complaint and File in the above-captioned case be sealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge