IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-253-M |
| | ) | |
| ANTONIO MAGANA, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER TO UNSEAL COMPLAINT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, Shawn A. Weede, Assistant United States Attorney for the

District of Delaware, hereby moves that the Complaint and file in the above-captioned case be unsealed.

```
  FILED

  DEC 2 6 2007

  U.S. DISTRICT COURT
  DISTRICT OF DELAWARE
```

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: December 26, 2007

**AND NOW**, this 26th day of December, 2007, upon the foregoing

Motion, it is

**ORDERED** that the Complaint and file in the above-captioned case are hereby unsealed.

_____
Honorable Leonard P. Stark
United States Magistrate Judge